## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JEROME ALLEN BARGO,**
**ADC #75423,** *et al.*                                                                   **PLAINTIFF**

**v.**                               **Case No. 5:14-cv-00393 KGB-JTK**

**RAY HOBBS,** *et al.*                                                              **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed with prejudice. The relief sought is denied.

So adjudged this 27th day of February, 2017.

Kristine G. Baker
United States District Judge